# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

| | | |
|---|---|---|
| **MAKAYLA CARROLL** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| V. | § | NO. 1:15-cv-00138-P |
| | § | |
| **STATE FARM LLOYD'S** | § | JURY DEMAND |
| **INSURANCE COMPANY** | § | |
| | § | |
| Defendant. | § | |

## ADVISORY TO THE COURT OF SETTLEMENT

Plaintiff Makayla Carroll and Defendant State Farm Lloyds ("State Farm" or "Defendant"), incorrectly identified in Plaintiff's Original Petition as "State Farm Lloyd's Insurance Company," have reached a settlement in this matter. Plaintiff and Defendant intend to submit a joint stipulation of dismissal with prejudice within 60 days.

    Respectfully submitted,

    /s/ Rhonda J. Thompson
    Rhonda J. Thompson
    State Bar No.:  24029862
    Scott L. Rogers
    State Bar No.:  24064369

    **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
    700 N. Pearl Street, 25th Floor
    Dallas, Texas 75201
    Telephone:  (214) 871-8200
    Facsimile:  (214) 871-8209
    Email:  rthompson@thompsoncoe.com
    Email:  slrogers@thompsoncoe.com

    **COUNSEL FOR DEFENDANT**
    **STATE FARM LLOYDS**

**CERTIFICATE OF SERVICE**

  This is to certify that on the 16th day of September, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

  Bill L. Voss
  Scott G. Hunziker
  Zach Moseley
  THE VOSS LAW FIRM, P.C.
  26619 Interstate 45 South
  The Woodlands, Texas 77380
    *Counsel for Plaintiff*

              /s/ Rhonda J. Thompson
              Rhonda J. Thompson

**ADVISORY TO THE COURT OF SETTLEMENT** – **Page 2**
2279181v1
10578.173