**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **MAKAYLA CARROLL** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| V. | § | NO. 1:15-cv-00138-P |
| | § | |
| **STATE FARM LLOYD'S** | § | JURY DEMAND |
| **INSURANCE COMPANY** | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Makayla Carroll and Defendant State Farm Lloyds ("State Farm" or "Defendant"), incorrectly identified in Plaintiff's Original Petition as "State Farm Lloyd's Insurance Company," hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 23rd day of November, 2015.

Respectfully submitted,

/s/ Zach Moseley*
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
Zach Moseley
State Bar No. 24092863
THE VOSS LAW FIRM P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (281) 842-8679
Facsimile: (281) 861-0021
Email: bill.voss@vosslawfirm.com
Email: scott@vosslawfirm.com
Email: zach@vosslawfirm.com
**COUNSEL FOR PLAINTIFF**
*Signed with permission

And


/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Scott L. Rogers
State Bar No.: 24064369

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2**
2282734v1
10578.173

## **CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of November, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Bill L. Voss
Scott G. Hunziker
Zach Moseley
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
    *Counsel for Plaintiff*

                                                /s/ Rhonda J. Thompson
                                                Rhonda J. Thompson